UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                          )
                                                )
Gary A. & Donna J. Short Sr.                    )        CASE No. 09-41120
                                                )
         Debtor                                 )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:    Dell, P.O. Box 6403, Carol Stream, IL 60197

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $10.45 into the Registry Account with the U.S. Bankruptcy Court.  The Trustee issued Check No. 106817 to the creditor on May 3, 2011.  The check was returned to the Trustee no explanation.  The Trustee voided the check and placed all future disbursements on "reserve" so that funds could be turned over to the Registry.  The funds have now been turned over to the Registry Account.

   To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

   Dated this 8th day of August, 2011.


                              /s/ David A. Rosenthal
                              David A. Rosenthal
                              Chapter 13 Trustee
                              P.O. Box 505
                              Lafayette, IN 47902
                              (765) 742-8248

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 8th day of August, 2011 to:

Dell, P.O. Box 6403, Carol Stream, IL 60197
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Jerry L. Paeth, 309 N. 5th Street, Lafayette, IN 47901

                                    /s/ David A. Rosenthal
                                    David A. Rosenthal
                                    Chapter 13 Trustee
                                    P.O. Box 505
                                    Lafayette, IN 47902
                                    (765) 742-8248